STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-313 c/w 12-312 & 12-314

STATE OF LOUISIANA

VERSUS

LARRY NIX

************

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 79993
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

************

J. DAVID PAINTER
JUDGE

************

Court composed of Marc T. Amy, John D. Saunders , and, J. David Painter
Judges.

**FELONY SENTENCES AFFIRMED; MISDEMEANOR CHARGES
SEVERED.**

Carey J. Ellis, III
Louisiana Appellate Project
P.O. Box 719
Rayville, LA 71269
Counsel for Defendant-Appellant:
    Larry Nix

Asa A. Skinner, District Attorney
Terry W. Lambright, Assistant District Attorney
P.O. Box 1188
Leesville, LA 71446
Counsel for Appellee
    State of Louisiana

**PAINTER, Judge**

For the reasons set forth in the companion case hereto, *State v. Nix*, 12-312 (La.App. 3 Cir. __/__/12), ___So.3d ___, the felony sentences are affirmed. The misdemeanor guilty pleas and sentences are severed and Defendant is given thirty days to file a writ of review.

**FELONY SENTENCES AFFIRMED; MISDEMEANOR SENTENCES SEVERED.**